RECEIVED
SDNY PRO SE OFFICE
2016 DEC -1  AM 11: 24
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Johnson

Write the full name of each plaintiff.

16CV 9341

No. _____
(To be filled out by Clerk's Office)

-against-

Department of Correction
Bob Barker
Warden Robin Beaulieu

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

David / J / Johnson
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

825160073b
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Brooklyn Detention Complex
Current Place of Detention

275 Atlantic Ave.
Institutional Address

Kings - Brooklyn / NY / 11201
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Bob
Last Name: Barker
Shield #:
Current Job Title (or other identifying information): owner of Mattress
Current Work Address: 7925B Purfoy Road
County, City: Fuquay-Varina
State: NC
Zip Code: 27526

**Defendant 2:**
First Name: Robin
Last Name: Beulieu
Shield #:
Current Job Title (or other identifying information): Warden for Brooklyn Detention Complex
Current Work Address: 275 Atlantic Ave
County, City: Kings-Brooklyn
State: NY
Zip Code: 11201

**Defendant 3:**
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

**Defendant 4:**
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Page 3

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: <u>Brooklyn Detention Complex</u>

Date(s) of occurrence: <u>8-03-2016</u>

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

When incarcerated at Brooklyn Detention Center, The department of corrections issued a mattress to sleep on and the tag on the mattress clearly states that it should be used without a foundation, but it was given to us to sleep with on a metal foundation which is causing sharp excruciating pain in lower back and my left leg & knee.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I am experiencing excruciating back pain & pain in my left leg that causes numbness and shocks of pain that feel likes needles.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like for the court to make the department of corrections order real sleeping mattresses made for sleep and not mats that clearly states its not to be used for sleep. I would also order the court to ask for a lawsuit of up to $1 million dollars because it damaged my lower back and legs which I use in my every day life.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

October 7th, 2016
Dated

Plaintiff's Signature: David Johnson

First Name: David
Middle Initial: J
Last Name: Johnson

Prison Address: 275 Atlantic Avenue

County, City: Kings - Brooklyn
State: NY
Zip Code: 11201

Date on which I am delivering this complaint to prison authorities for mailing: _____

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:



Model:

Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

**THIS MATTRESS IS INTENDED TO BE USED WITHOUT A FOUNDATION**

**UNDER PENALTY OF LAW THIS TAG NOT TO BE REMOVED EXCEPT BY THE CONSUMER**

**ALL NEW MATERIAL Consisting of 100% THERMALLY BONDED FIRE RESISTANT POLYESTER STAPLE**

**REG. NO. NC-769**

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

**MADE BY BOB BARKER CO. INC 7925B PURFOY ROAD FUQUAY-VARINA, NC 27526**

Patent #6,807,694
**MADE IN USA**

# WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

**Cleaning/Disinfection Instructions**

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge. Pre-soak if needed.

**Do Not Use Harsh Cleaners or Solvents.**

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

**Use Disinfectants Only In Those Dilutions Recommended By the Manufacturer.**

Barker Company, Inc. Fuquay-Varina



New York City Comptroller
Scott M. Stringer



Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:** ☑ On behalf of myself.
☐ On behalf of someone else. If on someone else's behalf, please provide the following information.

☐ Attorney is filing.

| | |
|---|---|
| Last Name: | Johnson |
| First Name: | David |
| Relationship to the claimant: | Self |

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | Johnson |
| *First Name: | David |
| Address: | 485 Herzl Street |
| Address 2: | 1369 Prospect Ave. |
| City: | Brooklyn |
| State: | New York |
| Zip Code: | 11212 |
| Country: | United States |
| Date of Birth: | 8/7/1985  Format: MM/DD/YYYY |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | 718-759-8816 |
| Email Address: | |
| Occupation: | Home Improvement / Construction |
| City Employee? | ☐ Yes  ☐ No  ☑ NA |
| Gender | ☑ Male  ☐ Female  ☐ Other |

*Denotes required field(s).

Page 1 of 5

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## The time and place where the claim arose

*Date of Incident: 8/23/16 (Format: MM/DD/YYYY)
Time of Incident: 5:00 PM (Format: HH:MM AM/PM)

*Location of Incident: 8th Floor Housing Area, 8B Side

Address: Brooklyn Detention Center
Address 2: 275 atlantic ave
City: Brooklyn, NYC
State: New York
Borough: Brooklyn

*Manner in which claim arose:

Attach extra sheet(s) if more room is needed.

From and or around July, 19th I have been Subjected to Sleep on mattes that are said to be mattres's. instructions on the matt say "not to be used with a Foundation. These Sleeping arangements made By Department of Corrections have caused me to suffur Servere Back pains, Neck problems Knee Stiffness and over all Cronic Pain. When Home working Construction thats my Source Of income. Because of the Poore Sleeping Mattes givin By D.O.C. It has Kept me in a distracted state from pain.

The items of damage or injuries claimed are (include dollar amounts):

Back Pain, Neck Pain and Knee pains...
$500,000

Attach extra sheet(s) if more room is needed.

Page 2 of 5

*Denotes required field(s).



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10001

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | Format: MM/DD/YYYY |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | Format: MM/DD/YYYY |

○ Yes  ○ No  ○ NA

Was claimant taken to hospital by an ambulance?

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

* Denotes required field(s).

Page 3 of 5



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

### Witness 1 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Witness 2 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Witness 3 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Witness 4 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Witness 5 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Witness 6 Information

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

*Denotes required field(s).



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

### Owner of vehicle claimant was traveling in

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

### Non-City vehicle driver

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

### Insurance Information

| Field | Value |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

### Non-City vehicle information

| Field | Value |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

### City vehicle information

| Field | Value |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:** ◯ Driver  ◯ Passenger  ◯ Pedestrian  ◯ Bicyclist  ◯ Motorcyclist  ◯ Other

*Total Amount Claimed: **$500,000**   Format: Do not include "$" or ",".

Date: October 4, 2016

Signature of Claimant: *David Johnson*

State of New York
County of Kings

I, **David Johnson**, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Signature of Claimant: *David Johnson*

Sworn before me this day **4th October 2016**

Signature of notary: *S. Gressom*
Commissioner of Deeds
City of New York 2-13098
Certification in Kings County
Commission Expires in June 2017

*Denotes required field(s).

Page 5 of 5

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:



Model:

Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

THIS MATTRESS IS INTENDED TO BE USED WITHOUT A FOUNDATION

UNDER PENALTY OF LAW THIS TAG NOT TO BE REMOVED EXCEPT BY THE CONSUMER

ALL NEW MATERIAL
Consisting of
100% THERMALLY BONDED
FIRE RESISTANT
POLYESTER STAPLE

REG. NO. NC-769

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

MADE BY
BOB BARKER CO. INC
7925B PURFOY ROAD
FUQUAY-VARINA, NC 27526

Patent #6,807,694
MADE IN USA

# WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

## Cleaning/Disinfection Instructions

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge. Pre-soak if needed.

### Do Not Use
Harsh Cleaners or Solvents.

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

### Use Disinfectants Only
In Those Dilutions Recommended By the Manufacturer.

Barker Company, Inc. Fuquay-Varina

**FROM:**
David Johnson
1369 Prospect Ave
Bronx, NY 10459

**TO:**
Post office
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Court House 500 Pearl St
New York, N.Y 10007



USMP3 SDNY